UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:20-02265 VBF (ADS)                                    Date: May 3, 2021

Title: *Samuel Houston Flanagan v. Warden*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):     Attorney(s) Present for Respondent(s):
None Present                                      None Present

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL DUE TO FAILURE TO PROSECUTE THIS ACTION**

     Pending before the Court is a Petition for Writ of Habeas Corpus by a Person in State Custody, filed by Petitioner Samuel Houston Flanagan. [Dkt. No. 1]. On March 26, 2021, Respondent filed a Motion to Dismiss arguing that the Petition fails to plead a proper claim for federal habeas corpus relief. [Dkt. No. 14].

     In the Court's February 24, 2021 Order Requiring Response to Petition, Petitioner was given twenty (20) days to file an Opposition, if any, to the Motion to Dismiss. [Dkt. No. 12, p. 2]. As of the date of this Order, Petitioner has not filed an Opposition to the Motion to Dismiss. Under the Court's Local Rules, failure to file an opposition to a motion may be deemed consent to the granting of the motion. L.Rs. 7-9, 7-12.

     **By no later than May 24, 2021**, Petitioner is **ORDERED TO SHOW CAUSE** in writing and explain why this action should not be dismissed for the reasons stated in the Motion to Dismiss, and/or for failure to prosecute the Petition.

     Alternatively, if Petitioner no longer wishes to pursue his claims, he may file a notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). *The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.*

---

  **Petitioner is cautioned that failure to timely file a response to this Order will result in a recommendation that this action be dismissed based on the Motion to Dismiss, and/or for failure to prosecute or to obey court orders, pursuant to Federal Rule of Civil Procedure 41(b).**

  **IT IS SO ORDERED.**