UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SAMUEL HOUSTON FLANAGAN, | Case No. 8:20-02265 VBF (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |
| WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus, Petitioner's Opposition, along with the Report and Recommendation of the assigned United States Magistrate Judge dated September 8, 2021.

Finding no objections on file, IT IS HEREBY ORDERED:

1. The Report and Recommendation of United States Magistrate Judge (Dkt. No. 18.) is accepted;

2. The Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus

(Dkt. No. 14) is granted;

3. This Petition is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED: January 24, 2022  /s/Valerie Baker Fairbank
_____

THE HON. VALERIE BAKER FAIRBANK
Senior United States District Judge