JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL HOUSTON FLANAGAN,<br><br>             Petitioner,<br><br>          v.<br><br>WARDEN,<br><br>             Respondent. | Case No. 8:20-02265 VBF (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED:  January 24, 2022                    /s/ Valerie Baker Fairbank
                                            _____

                                            THE HON. VALERIE BAKER FAIRBANK
                                               Senior United States District Judge